FILED
SEP 12 2019
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>　v.<br>HISHAM ALSHAIKHLI,<br>　　　　　　　　Defendant. | Case No. 19cr3582-W<br><br>**INFORMATION**<br><br>Title 17 U.S.C. § 506(a)(1)(A) and<br>Title 18 U.S.C. § 2319(b)(3) –<br>Copyright Infringement |

The United States Attorney charges:

From on or about September 7, 2017, up to and including November 16, 2017, within the Southern District of California, defendant HISHAM ALSHAIKHLI did willfully and for purposes of commercial advantage or private financial gain, infringe a copyright, to wit, by aiding and abetting in the public performance of a copyrighted work, in violation of Title 17, United States Code, Section 506(a)(1)(A), Title 18, United States Code, Section 2319(b)(3) and Title 18, United States Code, Section 2.

DATED: 9/12/19

ROBERT S. BREWER, JR.
United States Attorney

KYLE B. MARTIN
Assistant U.S. Attorney

KBM:jrdc  9/11/2019